Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| In the Matter of the Search of<br>*(Briefly Describe the property to be searched or identify the person by name and address)*<br>A black cellular phone with a red case, and a black e-Talk, Verizon cellular phone, which were seized upon the arrests of Tyshon Norris and Marcel Powaukee, and are currently stored at the FBI Phoenix Office, 21711 N. 7th Street, Phoenix, AZ 85024. | Case No. 21-374 MB |
|---|---|

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of ___Arizona___.
*(identify the person or describe the property to be searched and give its location):*

**As further described in Attachment A.**

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*

**As set forth in Attachment B.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before ___December 29, 2021___.
                                                                                                                *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.
☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the United States Magistrate Judge on duty.

_____
                *(name)*

N/A   ☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for 30 days *(not to exceed 30)*
                                                                                   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __12-14-2021 @ 5pm__                    _____/s/_____
                                                                                                    Judge's signature

City and State: __Phoenix, Arizona__                    __Honorable Michelle H. Burns, U.S. Magistrate Judge__
                                                                                           *Printed name and title*

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

# RETURN

| Case No.: | Date and Time Warrant Executed: | Copy of warrant and inventory left with: |
|---|---|---|
|  |  |  |

Inventory Made in the Presence of:

Inventory of the property taken and name of any person(s) seized:

# CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____   _____
                                         Executing officer's signature

                                         _____
                                         Printed name and title

## ATTACHMENT A

### Property to Be Searched

This warrant applies to the following electronic devices belonging to TYSHON NORRIS and MARCEL POWAUKEE, which were seized upon their arrests by the Gila River Police Department on November 26, 2021. The devices are currently stored at the FBI Phoenix Office, 21711 N. 7th Street, Phoenix, AZ 85024:

1. A black cellular phone with a red case:



2. A black, e-Talk, Verizon cellular phone:



## **ATTACHMENT B**

All records and communications relating to the violation of Title 18, United States Code § 1111, Murder:

   a. Telephone numbers of incoming/outgoing calls stored in the call registry;

   b. Telephone numbers and corresponding names to those numbers stored in the cellular telephone's address book;

   c. Any incoming/outgoing text messages;

   d. Telephone subscriber information;

   e. Any other electronic information in the stored memory and/or accessed by the active electronic features of the digital or cellular telephone or SIM Card, including but not limited to e-mail, voicemail, and photos.